# UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201700259

_____

## UNITED STATES OF AMERICA
Appellee

v.

## JOSHUA E. HENRY
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Major Emily A. Jackson-Hall, USMC.
Convening Authority: Commanding General, 2d Marine Division,
Camp Lejeune, NC.
Staff Judge Advocate's Recommendation: Captain Scott A. Beimer,
USMC.
For Appellant: Captain Bree A. Ermentrout, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 8 November 2017

_____

Before MARKS, JONES, and PRICE, *Appellate Military Judges*

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c). The supplemental court-martial order will reflect that Charge II and its specification and Additional Charge II and its specification were dismissed by the convening authority without prejudice following the announcement of the sentence to ripen into prejudice upon completion of appellate review.

For the Court



R.H. TROIDL
Clerk of Court